# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

## 2020 CA 0952

### ANTHONY MISITA D/B/A DAYDREAMER STABLES AND GLENN AND ELLEN TORRES

#### VS.

### JOHN MAUMOULIDES, LAKELOTS, INC., INTREPID, INC., ONE CONSORT INTERNATIONAL, LLC, LAKE RAMSEY DEVELOPMENT AND ST. TAMMANY PARISH

### 22ND JUDICIAL DISTRICT COURT
### PARISH OF ST. TAMMANY CASE NO. 201314638

*CONSOLIDATED WITH*

## 2020 CA 0953

### ANTHONY MISITA AND GLENN AND LINDA TORRES

#### VS.

### THE ST. TAMMANY PARISH GOVERNMENT

### 22ND JUDICIAL DISTRICT COURT
### PARISH OF ST. TAMMANY CASE NO. 201810697

---

## ORDER

The November 28, 2021 Application for Rehearing filed by Anthony Misita and Glenn and Linda Torres is **DENIED**.

The November 29, 2021 Application for Rehearing filed by John Mamoulides and David Guidry is **DENIED**.

The November 29, 2021 Application for Rehearing filed by St. Tammany Parish, Paul Carroll, Kevin Davis, Joey Lobrano, Brian Forstein, James A. (Red) Thompson is **DENIED**.

VGW
WRC
EPW

JEW, dissents for the reasons assigned on the original opinion.

Ordered and issued
this ___11th___ day of January 2022.

_____
Deputy Clerk